**Benoit TSHIWALA, Petitioner—Appellant,**

v.

**Gregg HERSHBERGER, Warden; Douglas F. Gansler, Attorney General of the State of Maryland, Respondents—Appellees.**

No. 10–7455.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Jan. 4, 2012.

Gary Eugene Bair, Bennett & Bair, LLC, Greenbelt, Maryland, for Appellant. Edward John Kelley, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benoit Tshiwala appeals the district court's order denying relief on the Fourth Amendment claims he raised in his 28 U.S.C. § 2254 (2006) petition.* We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tshiwala v. Hershberger,* No. 8:09–cv–02232–AW, 2010 WL 3654440 (D.Md. Sept. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We previously granted a certificate of appealability as to Tshiwala's Fourth Amendment claims and denied a certificate of appealabili-

ty and dismissed the appeal as to all remaining claims.